In the Matter of DOUGLAS H. McFADDEN et al., Appellants, for Permission to Intervene in a Proceeding Entitled: In the Matter of JAMES H. NORTHROP, Respondent, against BOARD OF EDUCATION, UNION FREE SCHOOL DISTRICT No. 3, TOWN OF BABYLON, SUFFOLK COUNTY, Respondent.— In an article 78 proceeding to review a determination of the respondent Board of Education dismissing respondent Northrop from his position as its supervising principal an order was made at Special Term on July 31, 1953, annulling said determination and directing that respondent Northrop be reinstated with back pay. By order to show cause returnable August 17, 1953, appellants, taxpayers in the Union Free School District No. 3, moved to intervene in the proceeding and for other relief. The appeals are from an order dated October 8, 1953, denying that motion and from an order dated October 26, 1953, resettling said order. Order dated October 26, 1953, affirmed, with $10 costs and disbursements. No opinion. Appeal from order dated October 8, 1953, dismissed, without costs. Nolan, P. J., Adel, MacCrate, Schmidt and Murphy, JJ., concur.

In the Matter of JAMES H. NORTHROP, Respondent, against BOARD OF EDUCATION, UNION FREE SCHOOL DISTRICT No. 3, TOWN OF BABYLON, Appellant.— In an article 78 proceeding to review a determination of the appellant dismissing respondent from his position as its supervising principal, an order was made at Special Term on July 31, 1953, annulling said determination and directing that respondent be reinstated with back pay. The order recites that appellant had instructed its attorney " to consent to the granting of said petition ". The appeal is from an order denying appellant's motion, brought on by notice of motion dated December 1, 1953, to vacate the order of July 31, 1953. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Adel, MacCrate, Schmidt and Murphy, JJ., concur.

In the Matter of JULIUS A. WEEKES, Petitioner, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, Respondents. — Proceeding under article 78 of the Civil Practice Act to review a determination of the State Liquor Authority, dated July 22, 1952, revoking petitioner's restaurant liquor license which expired February 28, 1951, and the determination of the Authority, dated March 7, 1951, disapproving petitioner's renewal application for the license period beginning March 1, 1951. Determination unanimously confirmed, without costs. No opinion. Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.